**Schedule A**
Xialand LLC v. The Partnerships And Unincorporated Associations Identified on Schedule A
Case No. 1:22-cv-01276

| Defendant No. | Defendant Alias |
| --- | --- |
| 1 | leakemup.com |
| 2 | leaknudes.com |
| 3 | ns2.leaknudes.com |
| 4 | ns1.leaknudes.com |
| 5 | ipv4.leaknudes.com |
| 6 | lmlib.com |
| 7 | neothots.com |
| 8 | thotsworld.store |
| 9 | thotsbay.com |