UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

XIALAND LLC,

    Plaintiff,

        v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
SCHEDULE A

    Defendants.

Case No.: 1:22-cv-01276

_____

John Di Giacomo (P73056)
Eric Misterovich (P73422)
REVISION LEGAL, PLLC
Attorneys for Plaintiff
444 Cass St., Suite D
Traverse City, Michigan 49684
T: (231) 714-0100
F: (231) 714-0200
john@revisionlegal.com
eric@revisionlegal.com

_____

### REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE

On March 10, 2022, Plaintiff's counsel filed its Complaint for Case No. 1:22-cv-01276, and inadvertently submitted two payments in the amount of $402.00 through pay.gov. These payments were recorded via Receipt No. 0752-19233753 and Receipt No. 0752-19233839. It was Plaintiff's counsel's intention to only make payment for Receipt No. 0752-19233839. Plaintiff's Counsel hereby requests a refund for Receipt No. 0752-19233753 in the amount of $402.00.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: March 11, 2022 | XiaLand LLC |
|  | /s/ John Di Giacomo |
|  | John Di Giacomo |
|  | Eric Misterovich |
|  | *Attorneys for Plaintiff* |
|  | Revision Legal, PLLC |
|  | 444 Cass St., Suite D |
|  | Traverse City, MI 49684 |
|  | Phone: (231) 714-0100 |
|  | Fax: (231) 714-0200 |
|  | eric@revisionlegal.com |
|  | john@revisionlegal.com |