

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date:  3/11/2022

**Eric William Misterovich**
Revision Legal, PLLC
8051 Moorsbridge Road
Portage, MI 49024

Re: Xialand LLC v. The Partnerships And Unincorporated Associations Identified On Schedule A,

USDC Case Number: 22cv1276

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely,
Thomas G. Bruton, Clerk

Rev. 11/18/2016

By: /s/ Jannette Nunez
Deputy Clerk