UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

HEADWATERS, INC.,
a Massachusetts corporation,

    Plaintiff,                                      Case No.: 21-cv-06303

        v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.
_____

John Di Giacomo (P73056)
Eric Misterovich (P73422)
REVISION LEGAL, PLLC
Attorneys for Plaintiff
444 Cass St., Suite D
Traverse City, Michigan 49684
T: (231) 714-0100
F: (231) 714-0200
john@revisionlegal.com
eric@revisionlegal.com
_____

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY TRANSFER OF DOMAIN NAMES, TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND ELECTRONIC SERVICE**

      Plaintiff XiaLand LLC seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the publication, manufacture, importation, distribution, offering for sale, and sale of unauthorized products, a temporary transfer of the Domain Names, a temporary asset restraint, expedited discovery, and electronic service of process in an action arising out of 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), and the U.S.

Copyright Act, 17 U.S.C. § 101, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion. A proposed order will be submitted to chambers consistent with this Court's practices and procedures.

Date: March 15, 2022

Respectfully submitted,

XiaLand LLC

<u>/s/ John DiGiacomo</u>
John DiGiacomo
Eric Misterovich
*Attorneys for Plaintiff*
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
eric@revisionlegal.com
john@revisionlegal.com

## CERTIFICATE OF SERVICE

       The undersigned certifies that on the date below, the foregoing was served on counsel of record via the Court's ECF system.

Date: March 15, 2022XiaLand LLC

/s/ John DiGiacomo
John DiGiacomo
Eric Misterovich
*Attorneys for Plaintiff*
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
eric@revisionlegal.com
john@revisionlegal.com