# EXHIBIT 2

**Registration #:** VAu001453891
**Service Request #:** 1-11116128801

## Mail Certificate

Andrew Jurgensen
444 Cass St Ste D
Traverse City, MI 49684

**Priority:** Special Handling  **Application Date:** January 19, 2022

## Correspondent

**Name:** Andrew Jurgensen
**Email:** drew@revisionlegal.com
**Telephone:** (231)714-0100
**Address:** 444 Cass St Ste D
Traverse City, MI 49684

**Registration Number**

# VAu 1-453-891

**Effective Date of Registration:**
January 19, 2022
**Registration Decision Date:**
January 20, 2022

## Title

**Title of Work:** XiaLand

## Completion/Publication

**Year of Completion:** 2022

## Author

- **Author:** XiaLand LLC
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** XiaLand LLC
444 Cass Street Ste D, Traverse City, MI

## Rights and Permissions

**Name:** Andrew Jurgensen
**Email:** drew@revisionlegal.com
**Telephone:** (231)714-0100
**Address:** 444 Cass St Ste D
Traverse City, MI 49684

## Certification

**Name:** Andrew Jurgensen
**Date**: January 19, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.