EXHIBIT 5

Case: 1:22-cv-01276 Document #: 8-4 Filed: 03/15/22 Page 2 of 3 PageID #:51

Home / ibradome.com Technology Profile / ibradome.com Historical Website Relationship Profile

# IBRADOME.COM

Technology Profile  Detailed Technology Profile  Meta Data Profile  Relationship Profile  Redirect Profile  Company Profile 👑

## IBRADOME.COM
### Tag History

| Type | ID | First Detected | Last Detected |
|---|---|---|---|
| 📈 | UA-41025924 | May 2019 | Dec 2021 |
| ◈ | GTM-UA-41025924-3 | May 2019 | Mar 2020 |

## IBRADOME.COM
### Connected Websites

| Website |
|---|
| leakemup.com |
| leaknudes.com |
| ns2.leaknudes.com |
| ns1.leaknudes.com |
| ipv4.leaknudes.com |
| lmlib.com |
| neothots.com |
| thotsworld.store |

## Tag History & Relationships



## IP Address History & Relationships

IBRADOME.COM IP History and other websites that have shared IP addresses with IBRADOME.COM. Click the IP addresses to see more information.



