# EXHIBIT 7

HOME  RESEARCH

PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   WHOIS ▾

LOGIN   Sign Up

Home › Whois Lookup › LeakEmUp.com

## Whois Record for LeakEmUp.com

How does this work?

### − Domain Profile

| | |
|---|---|
| Registrant | Redacted for Privacy |
| Registrant Org | Privacy service provided by Withheld for Privacy ehf |
| Registrant Country | is |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 19854014545 |
| Registrar Status | clientTransferProhibited |
| Dates | 488 days old<br>Created on 2020-10-22<br>Expires on 2022-10-22<br>Updated on 2021-10-15 |
| Name Servers | LEAH.NS.CLOUDFLARE.COM (has 23,291,566 domains)<br>PEYTON.NS.CLOUDFLARE.COM (has 23,291,666 domains) |
| Tech Contact | Redacted for Privacy<br>Privacy service provided by Withheld for Privacy ehf<br>Kalkofnsvegur 2,<br>Reykjavik, Capital Region, 101, is<br>7aafbbf1b41846fda63cc46af7b86482.protect@withheldforprivacy.com<br>(p) 3544212434 |
| IP Address | 91.209.70.92 - 2 other sites hosted on this server |
| IP Location | - Sankt-peterburg - Sankt-peterburg - Private Internet Hosting Ltd |
| ASN | AS43317 FISHNET-AS, RU (registered Jul 12, 2007) |
| Domain Status | Registered And Active Website |
| IP History | 6 changes on 6 unique IP addresses over 2 years |
| Registrar History | 1 registrar |
| Hosting History | 2 changes on 3 unique name servers over 2 years |

### − Website

| | |
|---|---|
| Website Title | Leaked Nudes, Nipple Slips, Bikinis from Patreon, Onlyfans, Snapchat |
| Server Type | ddos-guard |
| Response Code | 200 |
| Terms | 473 (Unique: 229, Linked: 241) |
| Images | 41 (Alt tags missing: 25) |
| Links | 144 (Internal: 115, Outbound: 3) |

**Whois Record** ( last updated on 2022-02-22 )

```
Domain name: leakemup.com
Registry Domain ID: 2567519895_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-10-15T10:08:25.35Z
Creation Date: 2020-10-22T17:51:12.00Z
Registrar Registration Expiration Date: 2022-10-22T17:51:12.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 7aafbbf1b41846fda63cc46af7b86482.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 7aafbbf1b41846fda63cc46af7b86482.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 7aafbbf1b41846fda63cc46af7b86482.protect@withheldforprivacy.com
Name Server: leah.ns.cloudflare.com
Name Server: peyton.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```



Preview the Full Domain Report

**Tools**

- Hosting History
- Monitor Domain Properties
- Reverse IP Address Lookup
- Network Tools
- Visit Website
- View Screenshot History

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| LeakEmUp.com | View Whois |
| LeakEmUp.net | Buy Domain |
| LeakEmUp.org | Buy Domain |
| LeakEmUp.info | Buy Domain |
| LeakEmUp.biz | Buy Domain |
| LeakEmUp.us | Buy Domain |

HOME    RESEARCH

PROFILE ▼    CONNECT ▼    MONITOR ▼    SUPPORT    WHOIS ▼                                    LOGIN    Sign Up

Home > Whois Lookup > LeakNudes.com

## Whois Record for LeakNudes.com

How does this work?

### Domain Profile

| | |
|---|---|
| Registrant | Redacted for Privacy |
| Registrant Org | Privacy service provided by Withheld for Privacy ehf |
| Registrant Country | is |
| Registrar | NAMECHEAP INC NameCheap, Inc. <br> IANA ID: 1068 <br> URL: http://www.namecheap.com <br> Whois Server: whois.namecheap.com <br> abuse@namecheap.com <br> (p) 19854014545 |
| Registrar Status | clientTransferProhibited |
| Dates | 862 days old <br> Created on 2019-10-14 <br> Expires on 2022-10-14 <br> Updated on 2021-10-15 |
| Name Servers | LEAH.NS.CLOUDFLARE.COM (has 23,291,666 domains) <br> PEYTON.NS.CLOUDFLARE.COM (has 23,291,666 domains) |
| Tech Contact | Redacted for Privacy <br> Privacy service provided by Withheld for Privacy ehf <br> Kalkofnsvegur 2, <br> Reykjavik, Capital Region, 101, is <br> 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com <br> (p) 3544212434 |
| IP Address | 91.209.70.92 - 2 other sites hosted on this server |
| IP Location | - Sankt-peterburg - Sankt-peterburg - Private Internet Hosting Ltd |
| ASN | AS43317 FISHNET-AS, RU (registered Jul 12, 2007) |
| Domain Status | Registered And Active Website |
| IP History | 8 changes on 8 unique IP addresses over 3 years |
| Registrar History | 1 registrar |
| Hosting History | 4 changes on 3 unique name servers over 3 years |

### Website

| | |
|---|---|
| Website Title | Leaked Nudes, Nipple Slips, Bikinis from Patreon, Onlyfans, Snapchat |
| Server Type | ddos-guard |
| Response Code | 200 |
| Terms | 475 (Unique: 227, Linked: 244) |
| Images | 41 (Alt tags missing: 25) |
| Links | 144 (Internal: 114, Outbound: 4) |



DomainTools Iris
More data. Better context.
Faster response.
Learn More

⬇ Preview the Full Domain Report

**Tools**

Hosting History
Monitor Domain Properties ▼
Reverse IP Address Lookup ▼
Network Tools ▼
Visit Website
View Screenshot History

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| LeakNudes.com | View Whois |
| LeakNudes.net | Buy Domain |
| LeakNudes.org | Buy Domain |
| LeakNudes.info | Buy Domain |
| LeakNudes.biz | Buy Domain |
| LeakNudes.us | Buy Domain |

### Whois Record ( last updated on 2022-02-22 )

```
Domain name: leaknudes.com
Registry Domain ID: 2443705867_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-10-15T10:08:24.72Z
Creation Date: 2019-10-14T19:05:01.00Z
Registrar Registration Expiration Date: 2022-10-14T19:05:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Name Server: leah.ns.cloudflare.com
Name Server: peyton.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

  

PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   WHOIS ▾              LOGIN   Sign Up

Home › Whois Lookup › LmLib.com

# Whois Record for LmLib.com

How does this work?

### — Domain Profile

| | |
|---|---|
| Registrant | anime streams |
| Registrant Org | animestreams |
| Registrant Country | ma |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 19854014545 |
| Registrar Status | clientTransferProhibited |
| Dates | 369 days old<br>Created on 2021-02-18<br>Expires on 2023-02-18<br>Updated on 2022-02-19 |
| Name Servers | CARTER.NS.CLOUDFLARE.COM (has 23,291,666 domains)<br>MIA.NS.CLOUDFLARE.COM (has 23,291,666 domains) |
| Tech Contact | anime streams<br>animestreams<br>marrakech mhamide 3,<br>marrakech, kech, 40000, ma<br>animestreaming@protonmail.com<br>(p) 1661613499 |
| IP Address | 104.21.233.127 - 21 other sites hosted on this server |
| IP Location | 🇺🇸 - California - San Jose - Cloudflare Inc. |
| ASN | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 15 changes on 15 unique IP addresses over 5 years |
| Registrar History | 3 registrars with 2 drops |
| Hosting History | 10 changes on 6 unique name servers over 17 years |

### — Website

| | |
|---|---|
| Website Title | 🌐 500 SSL negotiation failed: |
| Response Code | 500 |

### Whois Record ( last updated on 2022-02-22 )

```
Domain name: lmlib.com
Registry Domain ID: 2592215522_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-02-19T18:02:49.19Z
Creation Date: 2021-02-18T14:26:35.00Z
Registrar Registration Expiration Date: 2023-02-18T14:26:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: anime streams
Registrant Organization: animestreams
Registrant Street: marrakech mhamide 3
Registrant City: marrakech
Registrant State/Province: kech
Registrant Postal Code: 40000
Registrant Country: MA
Registrant Phone: +1.661613499
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: animestreaming@protonmail.com
Registry Admin ID:
Admin Name: anime streams
Admin Organization: animestreams
Admin Street: marrakech mhamide 3
Admin City: marrakech
Admin State/Province: kech
Admin Postal Code: 40000
Admin Country: MA
Admin Phone: +1.661613499
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: animestreaming@protonmail.com
Registry Tech ID:
Tech Name: anime streams
Tech Organization: animestreams
Tech Street: marrakech mhamide 3
Tech City: marrakech
Tech State/Province: kech
Tech Postal Code: 40000
Tech Country: MA
Tech Phone: +1.661613499
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: animestreaming@protonmail.com
Name Server: carter.ns.cloudflare.com
Name Server: mia.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```



📥 Preview the Full Domain Report

**Tools**

| Hosting History |
| Monitor Domain Properties ▾ |
| Reverse IP Address Lookup ▾ |
| Network Tools ▾ |

**Visit Website**



View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

▪ Taken domain.
▪ Available domain.
▪ Deleted previously owned domain.

| LmLib.com | View Whois |
| LmLib.net | Buy Domain |
| LmLib.org | Buy Domain |
| LmLib.info | Buy Domain |
| LmLib.biz | Buy Domain |
| LmLib.us | Buy Domain |

  

PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   WHOIS ▾          LOGIN   Sign Up

Home > Whois Lookup > NeoThots.com

## Whois Record for NeoThots.com

How does this work?

**Domain Available**

### neothots.com is for sale!
This domain is listed for sale at one of our partner sites for $3,488.

Visit our partner to buy neothots.com



DomainTools Iris
More data. Better context.
Faster response.
Learn More

⤓ Preview the Full Domain Report

**Tools**

| Hosting History |
| Monitor Domain Properties ▾ |
| Reverse IP Address Lookup ▾ |
| Network Tools ▾ |
| Buy This Domain | Visit Website |

### — Domain Profile

| | |
|---|---|
| Registrant | Redacted for Privacy Purposes |
| Registrant Org | Redacted for Privacy Purposes |
| Registrant Country | us |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 19854014545 |
| Registrar Status | clientTransferProhibited |
| Dates | 501 days old<br>Created on 2020-10-09<br>Expires on 2022-10-09<br>Updated on 0000-12-31 |
| Name Servers | NS1.DAN.COM (has 1,991,970 domains)<br>NS2.DAN.COM (has 1,991,970 domains) |
| Tech Contact | Redacted for Privacy Purposes<br>Redacted for Privacy Purposes,<br>Redacted for Privacy Purposes, Redacted for Privacy Purposes, Redacted for Privacy Purposes, Redacted for Privacy Purposes<br>(p) x (f) x |
| IP Address | 3.64.163.50 - 2,376,379 other sites hosted on this server    Reverse IP |
| IP Location | 🇩🇪 - Hessen - Frankfurt Am Main - A100 Row Gmbh |
| ASN | 🇩🇪 AS16509 AMAZON-02, US (registered May 04, 2000) |
| Domain Status | Registered And Active Website |
| IP History | 10 changes on 10 unique IP addresses over 4 years |
| Registrar History | 2 registrars with 1 drop |
| Hosting History | 9 changes on 8 unique name servers over 4 years |

### — Website

| | |
|---|---|
| Website Title | None given. |



View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)
■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| NeoThots.com | View Whois |
| NeoThots.net | Buy Domain |
| NeoThots.org | Buy Domain |
| NeoThots.info | Buy Domain |
| NeoThots.biz | Buy Domain |
| NeoThots.us | Buy Domain |

### Whois Record ( last updated on 2022-02-22 )

```
Domain name: neothots.com
Registry Domain ID: 2564929233_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-10-10T00:32:32.00Z
Registrar Registration Expiration Date: 2022-10-10T00:32:32.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Redacted for Privacy Purposes
Registrant Name: Redacted for Privacy Purposes
Registrant Organization: Redacted for Privacy Purposes
Registrant Street: Redacted for Privacy Purposes
Registrant City: Redacted for Privacy Purposes
Registrant State/Province: NY
Registrant Postal Code: Redacted for Privacy Purposes
Registrant Country: US
Registrant Phone: Redacted for Privacy Purposes
Registrant Phone Ext: Redacted for Privacy Purposes
Registrant Fax: Redacted for Privacy Purposes
Registrant Fax Ext: Redacted for Privacy Purposes
Registrant Email: Select Contact Domain Holder link at https://www.namecheap.com/domains/whois/result?domain=neothots.com
Registry Admin ID: Redacted for Privacy Purposes
Admin Name: Redacted for Privacy Purposes
Admin Organization: Redacted for Privacy Purposes
Admin Street: Redacted for Privacy Purposes
Admin City: Redacted for Privacy Purposes
Admin State/Province: Redacted for Privacy Purposes
Admin Postal Code: Redacted for Privacy Purposes
Admin Country: Redacted for Privacy Purposes
Admin Phone: Redacted for Privacy Purposes
Admin Phone Ext: Redacted for Privacy Purposes
Admin Fax: Redacted for Privacy Purposes
Admin Fax Ext: Redacted for Privacy Purposes
Admin Email: Select Contact Domain Holder link at https://www.namecheap.com/domains/whois/result?domain=neothots.com
Registry Tech ID: Redacted for Privacy Purposes
Tech Name: Redacted for Privacy Purposes
Tech Organization: Redacted for Privacy Purposes
Tech Street: Redacted for Privacy Purposes
Tech City: Redacted for Privacy Purposes
Tech State/Province: Redacted for Privacy Purposes
Tech Postal Code: Redacted for Privacy Purposes
Tech Country: Redacted for Privacy Purposes
Tech Phone: Redacted for Privacy Purposes
Tech Phone Ext: Redacted for Privacy Purposes
Tech Fax: Redacted for Privacy Purposes
Tech Fax Ext: Redacted for Privacy Purposes
Tech Email: Select Contact Domain Holder link at https://www.namecheap.com/domains/whois/result?domain=neothots.com
Name Server: ns1.dan.com
Name Server: ns2.dan.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```

PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT    WHOIS ▾                    LOGIN    Sign Up

Home > Whois Lookup > LeakNudes.com

## Whois Record for LeakNudes.com

How does this work?

**− Domain Profile**

| | |
|---|---|
| Registrant | Redacted for Privacy |
| Registrant Org | Privacy service provided by Withheld for Privacy ehf |
| Registrant Country | is |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 19854014545 |
| Registrar Status | clientTransferProhibited |
| Dates | 862 days old<br>Created on 2019-10-14<br>Expires on 2022-10-14<br>Updated on 2021-10-15 |
| Name Servers | LEAH.NS.CLOUDFLARE.COM (has 23,291,666 domains)<br>PEYTON.NS.CLOUDFLARE.COM (has 23,291,666 domains) |
| Tech Contact | Redacted for Privacy<br>Privacy service provided by Withheld for Privacy ehf<br>Kalkofnsvegur 2,<br>Reykjavik, Capital Region, 101, is<br>2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com<br>(p) 3544212434 |
| IP Address | 91.209.70.92 - 2 other sites hosted on this server |
| IP Location | - Sankt-peterburg - Sankt-peterburg - Private Internet Hosting Ltd |
| ASN | AS43317 FISHNET-AS, RU (registered Jul 12, 2007) |
| Domain Status | Registered And Active Website |
| IP History | 8 changes on 8 unique IP addresses over 3 years |
| Registrar History | 1 registrar |
| Hosting History | 4 changes on 3 unique name servers over 3 years |

**− Website**

| | |
|---|---|
| Website Title | Leaked Nudes, Nipple Slips, Bikinis from Patreon, Onlyfans, Snapchat |
| Server Type | ddos-guard |
| Response Code | 200 |
| Terms | 473 (Unique: 225, Linked: 240) |
| Images | 41 (Alt tags missing: 25) |
| Links | 144 (Internal: 114, Outbound: 4) |

**Whois Record** ( last updated on 20220222 )

```
Domain name: leaknudes.com
Registry Domain ID: 2443705867_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-10-15T10:08:24.72Z
Creation Date: 2019-10-14T19:05:01.00Z
Registrar Registration Expiration Date: 2022-10-14T19:05:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientT
ransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Pri
vacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy
ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy e
hf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Name Server: leah.ns.cloudflare.com
Name Server: peyton.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.in
ternic.net/
>>> Last update of WHOIS database: 2022-02-22T14:08:41.76Z <<<
For more information on Whois status codes, please visit https://ican
n.org/epp
```



DomainTools Iris
More data. Better context.
Faster response.
Learn More

⬇ Preview the Full Domain Report

**Tools**

| Hosting History |
| Monitor Domain Properties ▾ |
| Reverse IP Address Lookup ▾ |
| Network Tools ▾ |
| Visit Website |
| View Screenshot History |

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| LeakNudes.com | View Whois |
| LeakNudes.net | Buy Domain |
| LeakNudes.org | Buy Domain |
| LeakNudes.info | Buy Domain |
| LeakNudes.biz | Buy Domain |
| LeakNudes.us | Buy Domain |

PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT    WHOIS ▾                                LOGIN    Sign Up

Home > Whois Lookup > LeakNudes.com

## Whois Record for LeakNudes.com

How does this work?

### — Domain Profile

| | |
|---|---|
| Registrant | Redacted for Privacy |
| Registrant Org | Privacy service provided by Withheld for Privacy ehf |
| Registrant Country | is |
| Registrar | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 19854014545 |
| Registrar Status | clientTransferProhibited |
| Dates | 862 days old<br>Created on 2019-10-14<br>Expires on 2022-10-14<br>Updated on 2021-10-15 |
| Name Servers | LEAH.NS.CLOUDFLARE.COM (has 23,291,666 domains)<br>PEYTON.NS.CLOUDFLARE.COM (has 23,291,666 domains) |
| Tech Contact | Redacted for Privacy<br>Privacy service provided by Withheld for Privacy ehf<br>Kalkofnsvegur 2,<br>Reykjavik, Capital Region, 101, is<br>2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com<br>(p) 3544212434 |
| IP Address | 91.209.70.92 - 2 other sites hosted on this server |
| IP Location | - Sankt-peterburg - Sankt-peterburg - Private Internet Hosting Ltd |
| ASN | AS43317 FISHNET-AS, RU (registered Jul 12, 2007) |
| Domain Status | Registered And Active Website |
| IP History | 8 changes on 8 unique IP addresses over 3 years |
| Registrar History | 1 registrar |
| Hosting History | 4 changes on 3 unique name servers over 3 years |

### — Website

| | |
|---|---|
| Website Title | Leaked Nudes, Nipple Slips, Bikinis from Patreon, Onlyfans, Snapchat    Visit Website |
| Server Type | ddos-guard |
| Response Code | 200 |
| Terms | 473 (Unique: 225, Linked: 240) |
| Images | 41 (Alt tags missing: 25) |
| Links | 144  (Internal: 114, Outbound: 4) |

### Whois Record ( last updated on 20220222 )

```
Domain name: leaknudes.com
Registry Domain ID: 2443705867_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-10-15T10:08:24.72Z
Creation Date: 2019-10-14T19:05:01.00Z
Registrar Registration Expiration Date: 2022-10-14T19:05:01.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 2ed6232db2c64e02870181a9f33a831c.protect@withheldforprivacy.com
Name Server: leah.ns.cloudflare.com
Name Server: peyton.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-02-22T14:08:41.76Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```



DomainTools Iris
More data. Better context.
Faster response.
Learn More

⬇ Preview the Full Domain Report

**Tools**

| Hosting History |
| Monitor Domain Properties ▾ |
| Reverse IP Address Lookup ▾ |
| Network Tools ▾ |
| Visit Website |
| View Screenshot History |

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| LeakNudes.com | View Whois |
| LeakNudes.net | Buy Domain |
| LeakNudes.org | Buy Domain |
| LeakNudes.info | Buy Domain |
| LeakNudes.biz | Buy Domain |
| LeakNudes.us | Buy Domain |

PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   WHOIS ▾     LOGIN   Sign Up

Home » Whois Lookup » ThotSbAy.com

## Whois Record for ThotSbAy.com

How does this work?

**− Domain Profile**

| | |
|---|---|
| Registrant | REDACTED FOR PRIVACY |
| Registrant Org | REDACTED FOR PRIVACY |
| Registrant Country | kn |
| Registrar | TUCOWS, INC. Tucows Domains Inc.<br>IANA ID: 69<br>URL: http://tucowsdomains.com, http://www.tucows.com<br>Whois Server: whois.tucows.com<br>domainabuse@tucows.com<br>(p) 14165350123 |
| Registrar Status | clientTransferProhibited, clientUpdateProhibited |
| Dates | 311 days old<br>Created on 2021-04-17<br>Expires on 2022-04-17<br>Updated on 2021-12-04 |
| Name Servers | BRIT.NS.CLOUDFLARE.COM (has 23,291,666 domains)<br>WESTON.NS.CLOUDFLARE.COM (has 23,291,666 domains) |
| Tech Contact | REDACTED FOR PRIVACY<br>REDACTED FOR PRIVACY,<br>REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY |
| IP Address | 104.21.44.136 - 418 other sites hosted on this server |
| IP Location | - California - San Jose - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 1 change on 1 unique IP addresses over 1 years |
| Registrar History | 1 registrar |
| Hosting History | 2 changes on 3 unique name servers over 1 year |



📥 Preview the Full Domain Report

**Tools**

Hosting History
Monitor Domain Properties
Reverse IP Address Lookup
Network Tools
Visit Website

**Available TLDs**

General TLDs   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)
- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| ThotSbAy.com | View Whois |
| ThotSbAy.net | Buy Domain |
| ThotSbAy.org | View Whois |
| ThotSbAy.info | Buy Domain |
| ThotSbAy.biz | Buy Domain |
| ThotSbAy.us | Buy Domain |

**− Website**

| | |
|---|---|
| Website Title | 🌐 500 SSL negotiation failed: |
| Response Code | 500 |

**Whois Record** ( last updated on 2022-02-22 )

```
Domain Name: THOTSBAY.COM
Registry Domain ID: 2605705995_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2021-12-04T00:29:57
Creation Date: 2021-04-17T01:40:57
Registrar Registration Expiration Date: 2022-04-17T01:40:57
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Charlestown
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: KN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://tieredaccess.com/contact/c1a91a69-f362-47c5-a3b0-7c2dd342f4f5
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY
Name Server: brit.ns.cloudflare.com
Name Server: weston.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

"For more information on Whois status codes, please visit https://icann.org/epp"
```

Case: 1:22-cv-01276 Document #: 8-5 Filed: 03/15/22 Page 9 of 9 PageID #:61

HOME  RESEARCH

PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   WHOIS ▾            LOGIN   Sign Up

Home > Whois Lookup > ThotsWorld.store

# Whois Record for ThotsWorld.store

How does this work?

## Domain Profile

| | |
|---|---|
| Registrant Org | Privacy service provided by Withheld for Privacy ehf |
| Registrant Country | is |
| Registrar | Namecheap<br>IANA ID: 1068<br>URL: https://namecheap.com<br>Whois Server: whois.namecheap.com<br>abuse@namecheap.com<br>(p) 19854014545 |
| Registrar Status | clientTransferProhibited |
| Dates | 349 days old<br>Created on 2021-03-10<br>Expires on 2022-03-10<br>Updated on 2021-03-29 |
| Name Servers | GANNON.NS.CLOUDFLARE.COM (has 23,291,666 domains)<br>SLOAN.NS.CLOUDFLARE.COM (has 23,291,666 domains) |
| Tech Contact | — |
| IP Address | 103.155.93.190 - -1 other site is hosted on this server |
| IP Location | - Malaysia - Shinjiru Technology Sdn Bhd |
| ASN | AS57043 HOSTKEY-AS, NL (registered Jul 07, 2011) |
| Hosting History | 1 change on 2 unique name servers over 1 year |

## Website

| | |
|---|---|
| Website Title | None given. |



DomainTools Iris
More data. Better context. Faster response.
Learn More

**Preview the Full Domain Report**

### Tools

Hosting History
Monitor Domain Properties

Visit Website



404 Not Found

View Screenshot History

### Available TLDs

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

- Taken domain.
- Available domain.
- Deleted previously owned domain.

| | |
|---|---|
| ThotsWorld.com | View Whois |
| ThotsWorld.net | Buy Domain |
| ThotsWorld.org | Buy Domain |
| ThotsWorld.info | Buy Domain |
| ThotsWorld.biz | Buy Domain |
| ThotsWorld.us | Buy Domain |

## Whois Record (last updated on 2022-02-22)

```
Domain Name: THOTSWORLD.STORE
Registry Domain ID: D225253028-CNIC
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://namecheap.com
Updated Date: 2021-03-29T08:43:47.0Z
Creation Date: 2021-03-10T09:25:16.0Z
Registry Expiry Date: 2022-03-10T23:59:59.0Z
Registrar: Namecheap
Registrar IANA ID: 1068
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant State/Province: Capital Region
Registrant Country: IS
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Admin Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output
for information on how to contact the Registrant, Admin, or Tech contact of the queried domain
name.
Name Server: GANNON.NS.CLOUDFLARE.COM
Name Server: SLOAN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
Billing Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```