**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

XIALAND LLC,

    Plaintiff,

        v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A

    Defendants.
_____

Case No.: 1:22-cv-01276

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff XiaLand, LLC ("Plaintiff") files this Motion requesting leave to file the following documents and exhibits under seal:

(1) Exhibit 1 to the Plaintiff's Motion for Temporary Restraining Order, generally referred to as "Xia Declaration" which will identify the individual who owns the entity, the same individual giving the declaration; and

(2) Exhibit 3 and Exhibit 6 to the Plaintiff's Motion for Temporary Restraining Order, which contains adult-rated content of adult nature, as directed by the Court these exhibits are requested to be filed under seal.

Plaintiff additionally requests, in the event this Court grants the Motion, to have the resulting order either sealed or not mention the individual's name in its entirety, but simply referring to the individual as "Xia" if a reference is necessary.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for copyright and trademark infringement, relating to Plaintiff's adult-related copyright materials. Plaintiff's owner does not publicly use their legal surname, and thus this request conforms with

their normal business practices, to avoid their identity being revealed and related to such exposing images. Sealing this portion of the file is necessary to prevent the Plaintiff entity's ownership identity from becoming public, which could be used by various parties in the future to harass Plaintiff if these filings are public.

Because of the narrow scope of this request and because of the sensitive nature of keeping it sealed, Plaintiff's counsel will only request sealing of documents that include Plaintiff's owner's full legal name, otherwise Plaintiff's counsel will restrain references of the owner to "Xia" only, to avoid unnecessary sealing of documentation.

Respectfully submitted,

Date: March 15, 2022

XiaLand LLC

/s/ John DiGiacomo
John DiGiacomo
Eric Misterovich
*Attorneys for Plaintiff*
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
john@revisionlegal.com
eric@revisionlegal.com

**CERTIFICATE OF SERVICE**

 The undersigned certifies that on the date below, the foregoing Motion was served on counsel of record via the Court's ECF system.

               Respectfully submitted,

Date: March 15, 2022       XiaLand LLC

               /s/ John DiGiacomo
               Eric Misterovich
               *Attorneys for Plaintiff*
               Revision Legal, PLLC
               444 Cass St., Suite D
               Traverse City, MI 49684
               Phone: (231) 714-0100
               Fax: (231) 714-0200
               john@revisionlegal.com
               eric@revisionlegal.com