UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

XIALAND LLC,

    Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A

    Defendants.

Case No.: 1:22-cv-01276

**PLAINTIFF'S AMENDED *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY DISABLING OF DOMAIN NAMES, TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND ELECTRONIC SERVICE**

Plaintiff XiaLand LLC seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants in which Defendants are temporarily enjoined and restrained from, among other relief, reproducing, preparing derivative works of, distributing copies of, performing publicly, or displaying publicly the content contained within the XiaLand Copyright, a temporary disabling of the Domain Names, a temporary asset restraint, expedited discovery, and electronic service of process in an action arising out of 15 U.S.C. § 1114, 15 U.S.C. § 1125(a), and the U.S. Copyright Act, 17 U.S.C. § 101, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion. A proposed order will be submitted to chambers consistent with this Court's practices and procedures.

Date: March 29, 2022

XiaLand LLC

/s/ Eric Misterovich
Eric Misterovich
*Attorneys for Plaintiff*
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684

        Phone: (231) 714-0100
        Fax: (231) 714-0200
        eric@revisionlegal.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the date below, the foregoing was served on counsel of record via the Court's ECF system.

Date: March 29, 2022　　　　　　　　　　　　XiaLand LLC

/s/ Eric Misterovich
Eric Misterovich
*Attorneys for Plaintiff*
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
Phone: (231) 714-0100
Fax: (231) 714-0200
eric@revisionlegal.com