# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XIALAND LLC, | |
| Plaintiff, | Case No.: 1:22-cv-01276 |
| v. | Hon. Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A | Magistrate Hon. Sunil R. Harjani |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Plaintiff moves this Honorable Court for entry of a Preliminary Injunction as to the Defendant Aliases on the revised Schedule A at ECF No. 12. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered April 1, 2022 and extended on April 12, 2022. ECF Nos. 16, 20. In support of its Motion, Plaintiff files herewith a Memorandum in Support and Declaration of Eric Misterovich. A proposed order will be submitted to chambers.

Respectfully Submitted,

Date: April 29, 2022

/s/ Eric Misterovich
Eric Misterovich (P73422)
John Di Giacomo (P73056)
Revision Legal, PLLC
205 North Michigan Avenue, Ste. 810
Chicago, IL 60601
269-281-3908
eric@revisionlegal.com
john@revisionlegal.com
*Attorneys for Plaintiff*

**Certificate of Service**

      The undersigned hereby states that on the date below service was made of the foregoing to the attorneys of record of this case via the Court's ECF system.

| | |
|---|---|
| Date: April 29, 2022 | /s/ Eric Misterovich |
| | Eric Misterovich (P73422) |
| | John Di Giacomo (P73056) |
| | Revision Legal, PLLC |
| | 205 North Michigan Avenue, Ste. 810 |
| | Chicago, IL 60601 |
| | 269-281-3908 |
| | eric@revisionlegal.com |
| | john@revisionlegal.com |
| | |
| | *Attorneys for Plaintiff* |