## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Xialand LLC

                                                                Plaintiff,

v.                                                               Case No.: 1:22−cv−01276

                                                               Honorable Martha M. Pacold

The Partnerships And Unincorporated Associations Identified On Schedule A,, et al.

                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 17, 2022:

       MINUTE entry before the Honorable Martha M. Pacold: No defendant has filed an appearance to object to the entry of a preliminary injunction. For the same reasons the TRO was granted, a preliminary injunction is appropriate, and is unopposed. Plaintiffs' motion for preliminary injunction [23] is granted. Enter Preliminary Injunction. Plaintiffs' counsel is directed to add all defendants listed on Schedule A to the court's docket within three business days. Instructions on how to do so may be located on the court's website at www.ilnd.uscourts.gov/instructions. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.