# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XIALAND LLC<br>       Plaintiff, | Case No. 1:22-cv-01276 |
| v. | Judge Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br>       Defendants. | Magistrate Judge Sunil R. Harjani |

## ORDER

The Clerk of Court is directed to unseal Plaintiff's Revised Schedule A [12].

Date: May 17, 2022                              /s/ Martha M. Pacold