UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XIALAND LLC, | |
| Plaintiff, | Case No.: 1:22-cv-01276 |
| v. | Hon. Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A | Magistrate Hon. Sunil R. Harjani |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff XiaLand LLC, by and through its attorneys Revision Legal, PLLC, moves this Honorable Court to enter Default and Default Judgment against the Defaulting Defendants, and relies upon its Memorandum in Support.

Respectfully Submitted,

Date: June 29, 2022

/s/ Eric Misterovich
Eric Misterovich (P73422)
John Di Giacomo (P73056)
Revision Legal, PLLC
205 North Michigan Avenue, Ste. 810
Chicago, IL 60601
269-281-3908
eric@revisionlegal.com
john@revisionlegal.com
*Attorneys for Plaintiff*

## Certificate of Service

The undersigned hereby states that on the date below service was made of the foregoing Motion for Entry of Default and Default Judgment to the attorneys of record of this case via the Court's ECF system.

Date: June 29, 2022         /s/ Eric Misterovich
                            Eric Misterovich (P73422)
                            John Di Giacomo (P73056)
                            Revision Legal, PLLC
                            205 North Michigan Avenue, Ste. 810
                            Chicago, IL 60601
                            269-281-3908
                            eric@revisionlegal.com
                            john@revisionlegal.com

                            *Attorneys for Plaintiff*