# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XIALAND LLC, | |
| Plaintiff, | Case No.: 1:22-cv-01276 |
| v. | Hon. Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A | Magistrate Hon. Sunil R. Harjani |
| Defendants. | |

## DECLARATION BY XIA BASILE

I, Xia Basile, declare as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am Xia Basile, am the sole member of XiaLand LLC.

3. XiaLand LLC has rights to the common law trademark "XIALAND" which has been used in conjunction with Plaintiff's services and content since as early as March 17, 2017.

4. Xialand content is made available through paid subscription services, such as OnlyFans.

5. Specifically as to OnlyFans, Plaintiff charges a $10/month subscription fees, that gives paid uses access to regular monthly content.

6. However, 20% of that fee is retained by OnlyFans, as a result, Plaintiff earns an $8/month fee.

7. In August 2021, as evidenced by the true and accurate screenshot summarizing August 2021 OnlyFans data attached as **Exhibit A**, Plaintiff earned $5,470.40 through monthly

subscriptions (after OnlyFans' 20% fee), which when divided by the $8/monthly fee, equals 683 users.

8.  On or about November 9, 2021, I discovered the XiaLand content, only available behind a paywall, on the Defendants' third-party platforms and submitted a notice of claimed infringement to the Defendants' websites under the Digital Millennium Copyright Act. Defendants failed to respond to these notices.

9.  The infringing materials found on Defendants' websites was identical to the copyright protected work Plaintiff originally posted to paid subscribers on OnlyFans.

10. The distribution and display of my copyright protected content has resulted in damages to my legitimate content platforms, such as OnlyFans, including but not limited to pulling internet traffic to those Defendants' websites due to search engine optimization using the term "XIALAND" to increase web results to their domain.

11. Specifically, by June 2022, as evidenced by the true and accurate screenshot summarizing June 2022 OnlyFans data attached as **Exhibit B**, Plaintiff had only 372 subscribers.

12. This represents a loss of 311 subscribers or a 45% decrease from August 2021.

13. The revenue generated from 311 subscribers at $8/month equals $29,856.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 29, 2022

DocuSigned by:

*Xia Basile*
―195430352395498...
Xia Basile, Owner of XiaLand LLC

# EXHIBIT A

DocuSign Envelope ID: 16B8EA99-4A34-4812-BF42-1BC390E0D404

# STATEMENTS

| September, 2021 | $9,699.78 |
|---|---|

## August, 2021 — $9,900.75

01 Aug 08:00 pm — 16 Aug 10:00 pm — 31 Aug 11:59 pm

From **August, 2021** To **Aug 31, 2021**

- Subscriptions — $5,470.40
- Tips — $1,276.75
- Posts — $0.00
- Messages — $3,153.60
- Referrals — $0.00
- Streams — $0.00

TOTAL    GROSS **$12,375.93**    NET **$9,900.75**

| July, 2021 | $9,025.26 |
|---|---|


12

# EXHIBIT B

