UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XIALAND LLC, | |
| Plaintiff, | Case No.: 1:22-cv-01276 |
| v. | Hon. Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A | Magistrate Hon. Sunil R. Harjani |
| Defendants. | |

## PROOF OF SERVICE

Plaintiff XiaLand LLC, by and through its attorneys Revision Legal, PLLC, certifies that on July 6, 2022, Plaintiff's Motion for Default Judgment [29], Memorandum in Support [30], and this Court's July 1, 2022 Minute Entry [31] was emailed to the email addresses associated with the Defendants identified throughout discovery and on July 7, 2022, the same documents were posted to the website <1276lawsuit.com>.

Respectfully Submitted,

Date: July 7, 2022

/s/ Eric Misterovich
Eric Misterovich (P73422)
John Di Giacomo (P73056)
Revision Legal, PLLC
205 North Michigan Avenue, Ste. 810
Chicago, IL 60601
269-281-3908
eric@revisionlegal.com
john@revisionlegal.com
*Attorneys for Plaintiff*

## Certificate of Service

       The undersigned hereby states that on the date below service was made of the foregoing to the attorneys of record of this case via the Court's ECF system.

Date: July 7, 2022

/s/ Eric Misterovich
Eric Misterovich (P73422)
John Di Giacomo (P73056)
Revision Legal, PLLC
205 North Michigan Avenue, Ste. 810
Chicago, IL 60601
269-281-3908
eric@revisionlegal.com
john@revisionlegal.com

*Attorneys for Plaintiff*